829 A.2d 308

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Shaun Christopher WILLIAMS, Petitioner.**

Supreme Court of Pennsylvania.

July 29, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of July, 2003, the petition for allowance of appeal is **DENIED** without prejudice to petitioner to file any claims of ineffectiveness in a petition pursuant to the Post–Conviction Relief Act, 42 Pa.C.S. § 9541 *et seq. See Commonwealth v. Grant,* 572 Pa. 48, 813 A.2d 726 (2002).